446 A.2d 707

Kern v. Grabiak, et al., Appellants.

Argued September 29, 1981. Bernard F. Scherer, for appellants; Richard F. Flickinger, for appellees.

Before HESTER, CAVANAUGH and VAN der VOORT, JJ.

Order affirmed.